IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00173-CV

 

Texas Department of Public Safety,

                                                                                Appellant

 v.

 

Josephine and Leslie Nash, Individually 

and as Next Friend of Korbin Havins 

and Braden Havins, Minors,

                                                                                Appellee

 

 

 



From the 361st District Court

Brazos County, Texas

Trial Court No. 05-0016000-CV-361

 



MEMORANDUM  Opinion



 








          Appellant has filed a
motion to dismiss this appeal as moot because the parties have settled their
dispute.  Appellee has not filed a response.  Accordingly, the appeal is dismissed.
 See Tex. R. App. P. 42.1(a)(1). 
Costs of court are taxed against the party incurring same.

PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal dismissed

Opinion delivered and
filed February 7, 2007

[CV06]